

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00104-CV

---

LKQ Automotive d/b/a Keystone Automotive Industries, Inc.
and Jesus Duron, Appellants

v.

Adan Robert Romo, Appellee

---

On Appeal from the 448th District Court
El Paso County, Texas
Trial Court No. 2024DCV1041

---

### JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 31st day of October 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.